THIS OPINION HAS NO PREDCEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent, 
 
 
 
 

v.
 
 
 
 
 Tron Littlejohn, Appellant. 
 
 
 
 

Appeal From Cherokee 
 County
 J. Derham Cole, Circuit Court 
 Judge

Unpublished Opinion 
 No. 2004-UP-304
 Submitted February 20, 2004 
  Filed May 6, 2004

APPEAL DISMISSED 

 
 
 
 
 Senior Assistant Appellate 
 Defender Wanda P. Hagler, Office of Appellate Defense, of Columbia, 
 for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Charles H. Richardson, all of Columbia; and 
 Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Tron 
 Littlejohn was convicted of distribution of crack cocaine and distribution of 
 crack cocaine within the proximity of a school.  The circuit court sentenced 
 him to fifteen years imprisonment on each of the charges, the sentences to run 
 concurrently.  Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Littlejohns counsel attached a petition to be relieved.  Littlejohn filed a 
 pro se response.
After review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Littlejohns appeal and grant 
 counsels petition to be relieved.
APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concurring.
 

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.